

# NUMBER 13-14-00222-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE GONZALEZ TRUCKING S.A. DE C.V.

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Garza, Benavides, and Perkes
### Per Curiam Order

On April 10, 2014, relator, Gonzalez Trucking S.A. de C.V., filed a petition for writ of mandamus and an opposed emergency motion for temporary relief in the above cause. Relator contends that the trial court erred in denying (1) relator's motion to dismiss on forum non conveniens grounds, and (2) relator's motion for the application of foreign law. The Court requested that the real parties in interest, Jose de la Rosa Lucio and Marta Elba Montoya, or any others whose interest would be directly affected by the relief sought, file (1) a response to the opposed emergency motion for temporary relief, and (2) a

response to the petition for writ of mandamus. These responses were due on or before noon on April 17, 2014.

The real parties have now filed an "Unopposed First Motion for Extension of Time to File Brief in Response" seeking an extension of time until May 2, 2014, to file their response. They further "invite the Court to issue an order staying trial proceedings until the Court rules on the merits of [the] petition [for writ of mandamus."

The Court GRANTS the real parties' motion for extension of time to file their response. Their response to the petition for writ of mandamus is now due on May 2, 2014. The Court further GRANTS relator's emergency motion for temporary relief and ORDERS all trial court proceedings STAYED pending further order of the Court. *See* TEX. R. APP. P. 52.10(b).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of April, 2014.

2